# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1407
_____

Salehe Mohamed Kaumbwa

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: October 18, 2012
Filed: October 26, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Salehe Mohamed Kaumbwa petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's decision that he was ineligible for adjustment of status. After careful review, we find no basis for reversal. In particular, we conclude that the BIA's finding that Kaumbwa had falsely represented himself as a United States citizen in order to obtain employment was

supported by substantial evidence on the administrative record as a whole, and that the BIA properly applied the law to its findings in deciding Kaumbwa was ineligible for adjustment of status.  See Rodriguez v. Mukasey, 519 F.3d 773, 776-77 (8th Cir. 2008) (standard of review; "an alien who marks the 'citizen or national of the United States' box on a Form I-9 for the purpose of falsely representing himself as a citizen to secure employment with a private employer has falsely represented himself for a benefit or purpose" under immigration law, and is ineligible for adjustment of status). Accordingly, we deny the petition for review.  See 8th Cir. R. 47B.

_____